Argued May 18, affirmed May 18, 1971

## STATE OF OREGON, *Respondent, v.*
## RANTSLER ELDEN DUNSMOOR, *Appellant.*

484 P2d 1127

*Robert W. Hill,* Eugene, argued the cause for appellant. On the briefs were Hill & Schultz, Eugene.

*Ted E. Barbera,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.